UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT LEAVENS, </br></br> Plaintiff, </br></br> v. </br></br> MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and UNITED STATES COAST GUARD, </br></br> Defendants. | Civil Action No. 1:10-ca-11602-RWZ </br></br> **COMMONWEALTH OF MASSACHUSETTS'S MOTION TO DISMISS** |

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the Commonwealth of Massachusetts hereby moves to dismiss the complaint against it on the basis of the Eleventh Amendment's prohibition of Federal court claims against a state or its agencies by a private party. This Motion takes no position on the limited portion of the Plaintiff's declaratory claims that are solely against the United State Coast Guard. The Commonwealth's Memorandum of Law in support of this Motion is submitted herewith.

The Commonwealth notes that a joint Motion to Consolidate this case with another virtually identical case, Civil Action No. 1:10-cv-11061-GAO, is now pending. The Commonwealth requests that this Motion, like the Coast Guard's Motion to Dismiss, be treated

as filed in both of these cases whether or not they are consolidated.

                          Respectfully Submitted,

                          COMMONWEALTH OF MASSACHUSETTS
                          By its attorney,

                          MARTHA COAKLEY
                          ATTORNEY GENERAL

                          _____/s/Louis Dundin_____
                          Louis Dundin (BBO# 660359)
                          Assistant Attorney General
                          Environmental Protection Division
                          Office of the Attorney General
                          One Ashburton Place
                          Boston, MA 02108
Date: October 8, 2010            (617) 963-2433 – louis.dundin@state.ma.us

**CERTIFICATION OF CONSULTATION**

Counsel to the Commonwealth in this action hereby certifies that pursuant to Local Rule 7.1(A)(2) of this Court he has conferred with counsel for the defendant, United States Coast Guard and counsel for the plaintiff Robert Leavens regarding the contents of the foregoing motion and attempted to narrow or resolve the issues.

Date: _____10/8/10_____                 _____/s/Louis Dundin_____
                                                            Louis Dundin

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on this 8th day of October, 2010 as follows, by first class mail.

| Jered J. Lindsay<br>Trial Attorney<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20026-3986 | Jennifer A. Serafyn<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 | Jeffrey L. Roelofs<br>Law Offices Of Jeffrey L. Roelofs, P.C.<br>30 Green Street<br>Newburyport, MA 01950 |
|---|---|---|

                                                  ____/s/Louis Dundin_____
                                                           Louis Dundin