UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT LEAVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and UNITED STATES COAST GUARD,<br><br>    Defendants. | Civil Action No.: 10-11061-GAO |
| ROBERT LEAVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and UNITED STATES COAST GUARD,<br><br>    Defendants. | Civil Action No.: 10-11602-RWZ |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF (1) ALL CLAIMS AS AGAINST THE UNITED STATES COAST GUARD AND (2) OF COUNT II**

Robert Leavens ("Plaintiff") files this Notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in each of the two above-referenced actions (for which a joint motion to consolidate is pending) – hereby voluntarily dismissing in each action, without prejudice, all claims against the United Stated Coast Guard ("USCG") and Count II.

Plaintiff is preserving Count I in each action as asserted against the defendant Massachusetts Department of Environmental Protection ("MassDEP") under the Massachusetts Administrative Procedure Act, M.G.L. c. 30A, § 14.

This Notice is filed before the USCG has served an answer or a motion for summary judgment, and is, therefore, timely filed under Fed. R. Civ. P. 41(a)(1)(A)(i).  MassDEP has confirmed, through its counsel, that it has no objection to the partial dismissal of claims accomplished through the filing of this Notice.

> Respectfully submitted,
> ROBERT LEAVENS,
>
> By his attorney,
>
> /s/  Jeffrey L. Roelofs
> Jeffrey L. Roelofs (BBO# 628645)
> LAW OFFICES OF JEFFREY L. ROELOFS, P.C.
> 30 Green Street
> Newburyport, MA 01950
> Tel:  (978) 462-7600
> jlr@roelofslaw.com

Dated:  November 3, 2010

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via U.S. Mail to the following:

Jered J. Lindsay
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
202-514-9277
Jered.lindsay@usdoj.gov

Jennifer A. Serafyn
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3188
Jennifer.Serafyn@usdoj.gov

Louis M. Dundin
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2433
Louis.dundin@state.ma.us

> /s/  Jeffrey L. Roelofs
> Jeffrey L. Roelofs